IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 02:08-cv-292-DF |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| PALM, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER GRANTING THE AGREED MOTION TO DISMISS AT&T, INC. WITHOUT PREJUDICE

Plaintiff Aloft Media LLC ("Aloft"), and Defendant AT&T, Inc. (whose correct name is AT&T Inc.) pursuant to Fed. R. Civ. P. 29 and 41, stipulated and jointly moved that Plaintiff dismisses without prejudice its claims against AT&T, Inc. set forth in the First Complaint for Patent Infringement filed on July 29, 2008, pursuant to Fed. R. Civ. P. 41. AT&T Inc. agreed that it will not raise any objection based on any applicable statute of limitations should Aloft later attempt to re-join AT&T Inc. into the above-titled litigation. Aloft agreed that AT&T Inc. does not waive any and all other defenses that might be asserted should Aloft later attempt to re-join AT&T Inc.

Accordingly, such motion is GRANTED, and IT IS HEREBY ORDERED that AT&T Inc. is hereby dismissed without prejudice according to the terms above. Costs to be borne by the party incurring same.

Signed: August 25, 2008

_____
Judge David Folsom

80275099.1