**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **ALOFT MEDIA, LLC,** | § § | |
| Plaintiff, | § § | Civil Action No. 2:08-cv-292 |
| v. | § § | |
| **PALM, INC.,** *et al.*, | § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE BY**
**AND BETWEEN ALOFT MEDIA, LLC AND AT&T MOBILITY**

IT IS STIPULATED, by and between Plaintiff/Counter-Defendant Aloft Media, LLC ("Aloft"), and Defendant/Counter-Plaintiff AT&T Mobility LLC ("AT&T Mobility") (collectively, the "Stipulating Parties"), through their counsel of record, pursuant to Fed. R. Civ. P. 41, and subject to the approval of the Court, that:

(1) All claims asserted by Aloft against AT&T Mobility, including all amendments thereto, shall be dismissed without prejudice;

(2) All counterclaims asserted by AT&T Mobility against Aloft, including all amendments thereto, shall be dismissed without prejudice;

(3) This Stipulation shall not affect any claims by and between Aloft and any other defendant in this case; and

(4) The Stipulating Parties shall bear their own costs and attorneys' fees.

/s/ Eric B. Hall by permission
Linda L. Addison
Texas Bar No. 00903700
Attorney-in-Charge
Eric B. Hall
Texas Bar No. 24012767
George W. Jordon III
Texas Bar No. 00796850
Melanie B. Rother
Texas Bar No. 24041826
Daniel S. Leventhan
Texas Bar No. 24050923
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5151
Fax: (713) 651-5246
laddison@fulbright.com
ehall@fulbright.com
mrother@fulbright.com
dleventhal@fulbright.com

*ATTORNEYS FOR DEFENDANT
AT &T MOBILITY LLC*

/s/ Eric M. Albritton
Eric M. Albritton
Texas Bar No. 00790215
Craig Tadlock
Texas Bar No. 00791766
Adam A. Biggs
Texas Bar No. 24051753
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
ema@emafirm.com
cct@emafirm.com
aab@emafirm.com

Thomas John Ward, Jr.
Texas Bar No. 00794818
WARD & SMITH LAW FIRM
P O Box 1231
Longview, TX 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@jwfirm.com

Danny L. Williams
Texas Bar No. 21518050
Christopher N. Cravey
Texas Bar No. 24034398
Matthew R. Rodgers
Texas Bar No. 24041802
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-4060
Facsimile: (713) 934-7011
danny@wmalaw.com
ccravey@wmalaw.com
mrodgers@wmalaw.com

>Scott E. Stevens
>Texas State Bar No. 00792024
>Kyle J. Nelson
>State Bar No. 24056031
>STEVENS LAW FIRM
>P.O. Box 807
>Longview, Texas 75606
>Tel: 903-753-6760
>Fax: 903-753-6761
>scott@seslawfirm.com
>kyle@seslawfirm.com
>
>*Counsel for Aloft Media, LLC*

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 28th day of October, 2008.

>Eric M. Albritton