**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **ALOFT MEDIA, LLC,** | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:08-cv-292 |
| | § | |
| v. | § | |
| | § | |
| **PALM, INC.,** *et al.*, | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE BY**
**AND BETWEEN ALOFT MEDIA, LLC AND MOTOROLA**

IT IS STIPULATED, by and between Plaintiff/Counter-Defendant Aloft Media, LLC ("Aloft"), and Defendant/Counter-Plaintiff Motorola, Inc. ("Motorola") (collectively, the "Stipulating Parties"), through their counsel of record, pursuant to Fed. R. Civ. P. 41, and subject to the approval of the Court, that:

(1) All claims asserted by Aloft against Motorola, including all amendments thereto, shall be dismissed without prejudice;

(2) All counterclaims asserted by Motorola against Aloft, including all amendments thereto, shall be dismissed without prejudice;

(3) This Stipulation shall not affect any claims by and between Aloft and any other defendant in this case; and

(4) The Stipulating Parties shall bear their own costs and attorneys' fees.

/s/ Eric M. Albritton

Eric M. Albritton
Texas Bar No. 00790215
Craig Tadlock
Texas Bar No. 00791766
Adam A. Biggs
Texas Bar No. 24051753
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
ema@emafirm.com
cct@emafirm.com
aab@emafirm.com

Thomas John Ward, Jr.
Texas Bar No. 00794818
WARD & SMITH LAW FIRM
P O Box 1231
Longview, TX 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@jwfirm.com

Danny L. Williams
Texas Bar No. 21518050
Christopher N. Cravey
Texas Bar No. 24034398
Matthew R. Rodgers
Texas Bar No. 24041802
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-4060
Facsimile: (713) 934-7011
danny@wmalaw.com
ccravey@wmalaw.com
mrodgers@wmalaw.com

Scott E. Stevens
Texas State Bar No. 00792024
Kyle J. Nelson
State Bar No. 24056031
STEVENS LAW FIRM
P.O. Box 807
Longview, Texas 75606
Tel: 903-753-6760
Fax: 903-753-6761
scott@seslawfirm.com
kyle@seslawfirm.com

Matthew M. Hill
Texas State Bar No. 24041101
Jason A. Holt
Texas State Bar No. 24041122
HILL & HOLT, P.L.L.C.
P.O. Box 6945
Longview, Texas 75608
(903) 230-7914 (phone)
(903) 269-1381 (fax)
mhill@hillandholt.com
jholt@hillandholt.com

*Counsel for Aloft Media, LLC*

*/s/* Evette D. Pennypacker (by permission)
CHARLES K. VERHOEVEN
LEAD COUNSEL
Cal. Bar No. 170151
charlesverhoeven@quinnemanuel.com
MORGAN W. TOVEY
Cal. Bar No. 136242
morgantovey@quinnemanuel.com
EVETTE D. PENNYPACKER
Cal. Bar No. 203515
evettepennypacker@quinnemanuel.com
EMILY C. KALANITHI
Cal. Bar No. 256972
emilykalanithi@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
(415) 875-6600
(415) 875-6700 (Facsimile)

*Counsel for Defendant and Counterclaimant
Motorola, Inc.*

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 6th day of November, 2008.

_____
Eric M. Albritton