# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:08-cv-292 |
| | § | |
| v. | § | |
| | § | |
| PALM, INC., *et al.*, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the Stipulation of Dismissal by and between Aloft Media, LLC ("Aloft") and Motorola, Inc. ("Motorola") (collectively, the "Stipulating Parties"),

**IT IS HEREBY ORDERED** that:

(1) All claims asserted by Aloft against Motorola, including all amendments thereto, shall be dismissed without prejudice;

(2) All counterclaims asserted by Motorola against Aloft, including all amendments thereto, shall be dismissed without prejudice;

(3) This Stipulation shall not affect any claims by and between Aloft and any other defendant in this case; and

(4) The Stipulating Parties shall bear their own costs and attorneys' fees.

**SIGNED this 7th day of November, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE