## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § | |
| | § | |
| Plaintiff | § | CIVIL ACTION NO. 2:08-CV-292 (DF) |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| PALM, INC., et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## JOINT MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Aloft Media LLC ("Aloft Media"), Research In Motion Limited and Research In Motion Corporation (collectively "RIM") jointly move to dismiss all claims between them in this action with prejudice pursuant to an agreement reached by the Aloft Media and RIM. RIM shall retain its ability to assert all defenses and/or claims in the event of any further litigation. Each party is to bear its own costs and attorney fees.

               Respectfully submitted,

               /s/ Eric M. Albritton

               Eric M. Albritton
               Texas State Bar No. 00790215
               ALBRITTON LAW FIRM
               P.O. Box 2649
               Longview, Texas 75606
               (903) 757-8449 (phone)
               (903) 758-7397 (fax)
               ema@emafirm.com

               *COUNSEL FOR PLAINTIFF*

*RESEARCH IN MOTION LIMITED and RESEARCH IN MOTION CORPORATION.*

By their attorneys

/s/ Peter J. Chassman
Peter J. Chassman
Texas Bar No. 00787233
chassmanp@howrey.com
Donald H. (Trey) Mahoney
Texas Bar No. 24046336
mahoneyt@howrey.com
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX  77002
Tel:    713-787-1400
Fax:    713-787-1440

Harry L. (Gil) Gillam, Jr.
gil@gillamsmithlaw.com
Melissa R. Smith
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 S. Washington Avenue
Marshall, TX  75670
Tel:    903-934-8450
Fax:    903-934-9257

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 28th day of April, 2009.

Eric M. Albritton