# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ALOFT MEDIA LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PALM, INC., ET AL. )<br>)<br>)<br>Defendants. )<br>) | Case No. 2:08-CV-292 |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court grants the joint motion to dismiss filed by Aloft Media LLC ("Aloft Media"), Nokia Inc. and Nokia Corp. (collectively "Nokia"). All claims between Aloft Media and Nokia in the instant action are hereby dismissed with prejudice in accordance with the terms of the Agreement reached by the parties. Nokia shall retain its ability to assert all defenses and/or claims in the event of any further litigation. Aloft has not released, and nothing in this dismissal shall be construed as a license, release or discharge of, any claim Aloft has or may have in the future against any other defendant named in this action or any other asserted infringer of the patent-in-suit. All such rights have been, and are, expressly reserved. Each party is to bear its own costs and attorney fees.

**SIGNED this 13th day of July, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE